## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## CLERK OF COURT

UNITED STATES OF AMERICA

                               Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:21−cr−00039−SPB

　　　　　　　　　　　　　　　　　Judge Susan Paradise Baxter

HERTEL & BROWN PHYSICAL AND
AQUATIC THERAPY, et al.

                               Defendant.

---

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE OF ARRAIGNMENT as to *HERTEL & BROWN PHYSICAL AND AQUATIC THERAPY*. Arraignment set for 11/30/2021 at 09:30 AM in Video Conference before Magistrate Judge Richard A. Lanzillo. (jd)

                         U. S. Courthouse
                        17 South Park Row
                         Erie, PA 16501

November 10, 2021

                                          s/ Joshua C. Lewis, Clerk
                                         s/ Jennifer Dash, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.