IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-cr-39 |
| HERTEL & BROWN PHYSICAL | ) |
| AND AQUATIC THERAPY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

NOW, this 6th day of October, 2023, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS ORDERED that the Motions to Dismiss the Superseding Indictment, filed at ECF Nos. [800], [803], and [804], are DENIED. The Court will revisit any venue-related challenges or other concerns about pretrial publicity, if necessary, at a point closer to trial.

As a precautionary measure, the Court is directed to place the Government's filings at ECF Nos. 792 and 793 under seal, and the Government is directed to file redacted versions of those documents, omitting any reference to the content of the alleged confessions.

*Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge